```
Priority    ✓
Send        ✓
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EARL COOK,<br><br>               Plaintiff,<br><br>       v.<br><br>J.M. BROOKS, et al.,<br><br>              Defendants. | Case No. SACV 06-0198 MMM(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), Plaintiff's Response and Objections to Report and Recommendation ("Plaintiff's Objections") and the files and records in this case. After conducting a de novo review, this Court overrules Plaintiff's Objections and concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice as against defendants Stefani Marangi and Mike McCoy.

///

///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Report and Recommendation by United States mail on plaintiff and on counsel
3  for defendants.
4        IT IS SO ORDERED.
5        DATED: June 27, 2008
6
7                            /s/ Margaret M. Morrow
8                            HONORABLE MARGARET M. MORROW
                           UNITED STATES DISTRICT JUDGE