

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN EARL COOK, | ) | Case No. SACV 06-198 MMM(JC) |
| Plaintiff, | ) | (PROPOSED) |
| v. | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J.M. BROOKS, et al. | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) Defendants' Motion is granted; (2) this action is dismissed as against defendants James M. Brooks and James P. Gray; and (3) Judgment be entered accordingly.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on plaintiff and on counsel for defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 27, 2008

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE