Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EARL COOK,<br><br>Plaintiff,<br><br>v.<br><br>J.M. BROOKS, et al.,<br><br>Defendants. | Case No. SACV 06-198 MMM(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: June 27, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE